UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO.: 1:05-CR-57-HAB |
| ) | |
| JAMES L. LESHORE ) | |

## OPINION AND ORDER

Before the Court is Defendant's letter requesting "to be relieved of my 5 yr. probationary order." (ECF No. 161). The Court construed defendant's letter as a *pro se* Petition for Early Termination of Supervised Release ("the Petition"). Upon receipt of the Petition, the Court directed the Probation Office to file a report in response to it and to include in the report the Government's position regarding the Defendant's petition. (ECF No. 163). Probation filed its report on January 21, 2025. (ECF No. 164). The report specifically noted the Government's objection to the Petition.

Following this Court's review of the Defendant's request and with guidance from the Defendant's probation officer, the Court kept Defendant's request under advisement. The Court issued an order proposing modifications to the Defendant's conditions of supervised release and directing the Government to respond or provide a notice of no objection. (ECF No. 165). The Government has now filed its Notice of No Objection to the Court's proposed modifications. Accordingly, the Court DENIES the Defendant's request for early termination of supervised release (ECF No. 161) but DIRECTS the CLERK to enter an Amended Judgment modifying the Defendant's terms of supervision as follows:

1. The Defendant shall not commit another Federal, State, or local crime, during the period of supervision.

2. The Defendant shall not unlawfully possess a controlled substance.

3. The Defendant shall refrain from any unlawful use of a controlled substance.

4. The defendant shall make reasonable effort to maintain employment at a lawful occupation, unless excused by the probation officer for acceptable reasons (e.g., schooling, training, childcare, elder care, disability, age, or serious health condition) or shall pursue a course of study or vocation training that will equip the Defendant for employment at lawful occupation.

5. The Defendant shall not knowingly possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. The Defendant shall report to the probation officer as reasonably directed by the Court or the probation officer.

7. The Defendant shall report to the probation officer within 72 hours of being arrested or questioned by a police officer.

8. The Defendant shall participate in substance abuse testing, which may include testing for the detection of alcohol, controlled substances, or illegal mood-altering substances.

SO ORDERED on February 27, 2025.

                                        s/ *Holly A. Brady*  
                                        CHIEF JUDGE HOLLY A. BRADY  
                                        UNITED STATES DISTRICT COURT